No. 213, Misc. FRAZIER v. UNITED STATES. United States Court of Appeals for the District of Columbia. Certiorari granted. Petitioner *pro se.* Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl and Josephine H. Klein for the United States.

No. 576. STANDARD OIL CO. (NEW JERSEY) ET AL. v. CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN; and No. 641. CLARK, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN, v. STANDARD OIL CO. (NEW JERSEY) ET AL. C. C. A. 2d. Certiorari denied. *John W. Davis* and *Theodore S. Kenyon* for petitioners in No. 576 and respondents in No. 641. *Solicitor General Perlman* for respondent in No. 576 and petitioner in No. 641. With him on the brief in No. 576 were *Assistant Attorney General Bazelon, Max Isenbergh* and *James L. Morrisson.* Reported below: 163 F. 2d 917.

No. 632. BROWN v. UNITED STATES ET AL. C. C. A. 3d. Certiorari denied. *Saul J. Zucker* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for the United States.

No. 633. KANSAS CITY SOUTHERN RAILWAY CO. v. COOK, COMMISSIONER OF REVENUE. Supreme Court of Arkansas. Certiorari denied. *Joseph R. Brown* for petitioner.

No. 638. MELLON v. UNITED STATES. C. C. A. 2d. Certiorari denied. *Louis Halle* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn,*